UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            )

In re: ) Chapter 11
                                                            )

SATELLITE DONUTS LLC ) Case No. 10-13333-smb
                                                            )

                 Debtor. )
                                                            )
------------------------------------------------------------X

## **AFFIDAVIT**

State of New York, County of New York ss:

ALEXANDER MCCOURT, being duly sworn, deposes and says:

1) I am the Chief Executive Officer for the Debtor herein.

2) I hereby incorporate into this Affidavit all statements said in the attached declaration in connection with the litigation captioned *Krispy Kreme Doughnut Corporation and Northeast Doughnuts, LLC v. Satellite Donuts, LLC, Alexander McCourt, and Errington Walters*, Civil Action No.: 10-cv-4272.

Dated: June 23, 2010
       New York, New York

                                               /s/_____
                                               Alexander McCourt

Sworn to before me this
23rd day of June, 2010

/s/_____

NOTARY PUBLIC